IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:04CV601
                               )
         v.                    )
                               )
MARK M. BOYSEN,                )          ORDER
                               )
              Defendant.       )
                               )

        IT IS ORDERED:

        Defendant's motion for continuance, filing 11, is granted
and the deadline for the parties to file their Rule 26 planning
conference report is extended to June 6, 2005.

        DATED this 6th day of May, 2005.

                          BY THE COURT:

                          s/ David L. Piester
                          David L. Piester
                          United States Magistrate Judge