```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )         8:04CV601
                                )
      v.                        )
                                )
MARK M. BOYSEN,                 )         ORDER
                                )
            Defendant.          )
                                )
```

IT IS ORDERED:

The defendant's unopposed motion to continue, filing 13, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to July 6, 2005.

DATED this 7th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge