```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )         8:04CV601
                               )
     v.                        )
                               )
MARK M. BOYSEN,                )         ORDER
                               )
          Defendant.           )
                               )
```

IT IS ORDERED:

The defendant's motion to continue the deadline for filing the Report of Parties' Planning Conference, filing 15, is granted. The parties are hereby given until August 8, 2005 to electronically file their Rule 26 meeting report.

DATED this 6th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge