IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV601 |
| | ) | |
| v. | ) | |
| | ) | |
| MARK M. BOYSEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for continuance, filing 17, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to September 7, 2005.

DATED this 9th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge