```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:04CV601
                               )
         v.                    )
                               )
MARK M. BOYSEN,                )         ORDER
                               )
              Defendant.       )
                               )
```

IT IS ORDERED:

Defendant's motion for time, filing 19, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to October 7, 2005.

DATED this 9th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge