THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CV601 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| MARK M. BOYSEN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's Motion for Dismissal (filing 21), defense counsel's representation that Defendant does not object to Plaintiff's motion, and Fed. R. Civ. P. 41, this action is dismissed without prejudice.

September 22, 2005.

> BY THE COURT:
> *s/Richard G. Kopf*
> United States District Judge